UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                    -against-           :
                                 :      16 CR 328 (VB)
Herbert Murphy                      :
             Defendant.             :
------------------------------------------------------x



## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated March 30, 2017, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: April 10, 2017
       White Plains, NY

                                     SO ORDERED

                                     _____
                                     Vincent L. Briccetti
                                     United States District Judge