UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :      **ORDER**
v.                                 :
                                   :      16 CR 328-9 (VB)
HERBERT MURPHY,                    :
                    Defendant.     :
--------------------------------------------------------------x

       By letter dated May 12, 2022 (which will be separately docketed), defendant Herbert Murphy requests early termination of supervised release. Having consulted with defendant's probation officer, who has no objection to the request, and considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by defendant's conduct and the interest of justice.

       Accordingly, supervised release is terminated, and defendant Herbert Murphy is discharged therefrom, effective immediately.

       Chambers will mail a copy of this Order to defendant at the following address:

Herbert Murphy
P.O. Box 971
Monticello, NY  12701

Dated: June 6, 2022
       White Plains, NY

                                                    SO ORDERED:

                                                    _____
                                                    Vincent L. Briccetti
                                                    United States District Judge